UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                        DECISION AND ORDER

                                                        00-CR-6018L

            v.

GEORGE T. STRICKLAND,

                              Defendant.
_____

     By order entered May 12, 2008 (Dkt. #135), this Court reduced defendant's sentence by 12 months, pursuant to his motion filed pursuant to 18 U.S.C. § 3582(c)(2). Defendant now moves (Dkt. #138) for a further reduction in what he styles as a Rule 60(b) Motion For Reconsideration. The motion is in all respects denied.

     IT IS SO ORDERED.

                                                _____
                                                    DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
        September 30, 2008.